UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

OCT 23 2003

RALPH L. DeLOACH, Clerk
By_____ Deputy

KEVIN GRAY & MARSHA GRAY,          )
                                   )
              Plaintiffs,          )
                                   )
     vs.                           )     CASE NO(s)  00-CV-3148 GTV
                                   )                 00-CV-3133 GTV
L. E. BRUCE, et al.,               )
                                   )
              Defendants.          )
                                   )

## MOTION FOR AN ORDER REQUIRING DEFENDANTS TO PRODUCE AND FILE A MARTINEZ REPORT

COMES NOW the plaintiffs in this action, to respectfully move this court to order the defendants to produce and file a Martinez Report. (Martinez v Aaron, 570 F.2d 317, at 319-20), and in support states the following:

1) This case has remained inactive for almost 2 years.

2) The U.S. Court of Appeals for the 10th Circuit clearly indicated in its remand order to this court that Mrs. Gray's Fourth Amendment dismissal was premature, and that the plaintiff's had cited a claim that "...fits the classic mold of an equal protection claim cognizable under §1983." (Quoting from page 10, of 10th Cir. Order.)

1 of 3

3) There is no doubt that the <u>Martinez</u> process would benefit the court in the exposing of evidence supporting the claims of the plaintiff's and establishing their right to remedy and recovery of damages. Furthermore, the court's record would reflect the unique circumstances in which the plaintiff's were treated by the defendants, via the <u>Martinez</u> process, cearly establighing the claim of racial discrimination - as the 10th Circuit Court of Appeals clearly recognized in its remand order to this Court.

4) The potential for the creation of evidence of criminal activity by the defendants of this action, pursuant to 18 U.S.C. §241 & §242 , before the court would further serve the ends of justice, in that those violating the plaintiff's right to be free from racial discrimination would be identified and steps taken to insure that they violate no such rights in the future.

WHEREFORE plaintiff respectfully move this court to order the defendants to file a <u>Martinez</u> Report (supra) and to respond to the claims of the plaintiff's civil rights complaint.

Respectfully submitted and moved for this _22_ Day of October, 2003.


_____
Kevin Gray

_____
Marsha Gray


## CERTIFICATE OF SERVICE

We, Kevin Gray and Marsha Gray, hereby declare under penalty of perjury, that on October ____, 2003, the Original and three (3) copies of the attached motion was placed in the U.S. Mail, postage prepaid, and addressed to:

Ralph L. DeLoach, Clerk
U.S. District Court
444 S.E. Quincy
Topeka, Kansas 66683

Attorney General of Kansas
2nd Floor, KS Judicial Center
301 S.W. 10th St.
Topeka, Kansas 66612-1597

_____
Kevin Gray

_____
Marsha Gray


3 of 3